**THIS ORDER IS SIGNED AND ENTERED.**

Dated: June 1, 2016

_____
**Hon. Robert D. Martin
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:

Stephanie Lynn Mingo and Nicholas K Mingo,
            Debtor(s)

Case No. 16-11296

Chapter 7

## ORDER TERMINATING STAY

This case is before the court on the motion of Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services for relief from the automatic stay of 11 U.S.C. §362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. §362(d) to warrant relief.

**IT IS ORDERED:**

1. The automatic stay imposed by 11 U.S.C. §362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

    2013 Chrysler Town & Country, VIN: 2C4RC1BG8DR565509

2.    Notwithstanding Fed R. Bankr. P. 4001(a)(3), this order is effective immediately.

#####

Order Drafted By
Bradley J. Halberstadt, Attorney
Stewart, Zlimen & Jungers
2277 Highway 36 West, Suite 100
Roseville, MN  55113
Phone:  651-366-6380, Ext. 111
Fax:  651-366-6383
E-Mail:  brad@szjlaw.com